UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

        Plaintiff,

v.

A.HEDGPETH et al,

        Defendant.

Case Number: CV07-03049 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonzell Green #H-09191  
Kern Valley State Prison  
Post Office Box 5101 - FA8/229  
Delano, CA 93216-5101

Dated: November 28, 2007

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk